UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 08-118(31) (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Mei Huang, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Arthur J. Boylan on Defendant's various Motions to Suppress. Statute requires the Court to review de novo a magistrate judge's decisions on dispositive issues. 28 U.S.C. § 636(b)(1). Having conducted the required review, the Court adopts and incorporates the reasoning of the R&R, overrules the Defendant's objections, and affirms the Magistrate Judge.

Accordingly, based on the R&R and on all the files, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 699) is **ADOPTED**;

2. Defendant's second Motion to Suppress all Evidence Obtained as a Result of any Illegal Searches or Seizures (Docket No. 686) is **DENIED**;

3. Defendant's second Motion to Suppress all Evidence Obtained as a Result of any Violation of her Rights as Secured by the Fifth Amendment (Docket No. 687) is **DENIED**; and

4. Defendant's second Motion to Suppress all Evidence Obtained as a Result of any Violation of her Rights as Secured by the Sixth Amendment (Docket No. 688) is **DENIED**.

Dated:  March 16, 2010

            *s/ Paul A. Magnuson*
            Paul A. Magnuson
            United States District Court Judge